# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Ezzat Elsayed, | : |
| | : Case No: 3:19-cv-214 |
| Plaintiff, | : |
| | : |
| v. | : Judge: Rice |
| | : |
| National Credit Systems, Inc, | : |
| | : Order Granting Motion |
| Defendant. | : |

Having reviewed Defendant National Credit Systems, Inc.'s motion for extension of the discovery and dispositive motions deadlines, this Court GRANTS the motion. The discovery deadline will be re-set for May 31, 2021 and the dispositive motions deadline will be re-set for June 30, 2021.

Signed this 13th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE